UNITED STATES of America,
Plaintiff—Appellee,

v.

Gerardo CASTILLO–GARCIA,
Defendant—Appellant.

No. 03–30028.
D.C. No. CR–02–00392–BJR.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 23, 2003.

Before LEAVY, HAWKINS, and
RAWLINSON, Circuit Judges.

MEMORANDUM**

Gerardo Castillo–Garcia appeals the one-year term of supervised release imposed after he pleaded guilty to unlawful entry and failure to register with immigration officials, in violation of 8 U.S.C. §§ 1302(a), 1306(a), and 1325(a)(2). We dismiss the appeal for lack of jurisdiction.

The district court's decision to impose supervised release constitutes a discretionary refusal to depart downward from the Sentencing Guidelines. *See United States v. Chinske,* 978 F.2d 557, 559 (9th Cir. 1992). Accordingly, we lack jurisdiction to review Castillo–Garcia's contention that

the district court erred by imposing a supervised release term based on a factor not included in 18 U.S.C. §§ 3583(a) & (c). *See United States v. Wetchie,* 207 F.3d 632, 636 (9th Cir.2000) ("[A] discretionary refusal to depart downward is not reviewable in this court.").

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

